Portis vs. Fall et al.

---

## PORTIS VS. FALL et al.

1. INJUNCTION : *None against criminal proceedings.*
   A court of equity will not exercise jurisdiction by way of injunction to stay proceedings in any criminal matters, or in any case not strictly of a civil nature.

APPEAL from *Jefferson* Circuit Court in Chancery.

Hon. J. A. WILLIAMS, Circuit Judge.

*N. T. White,* for appellant.

ENGLISH, C. J. William N. Portis was arrested on warrants issued by Benjamin F. Fall, a justice of the peace of Jefferson county, and other magistrates, on charges of violating the law of the state by setting up and exhibiting a gambling device called *keno,* within the limits of Pine Bluff.

In October, 1877, he filed a bill on the chancery side of

the circuit court of Jefferson county, praying an injunction against the prosecutions, and a temporary injunction was granted.

Afterwards a demurrer was sustained to the bill; the injunction dissolved; the bill dismissed for want of equity, and Portis appealed.

A court of equity will not exercise jurisdiction by way of injunction to stay proceedings in any criminal matters, or in any case not strictly of a civil nature. *2 Story Equity Jurisprudence (12 Ed.), sec. 893; Bispham's Prin. Equity, sec. 424.*

Affirmed.